IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MATTHEW GIBBS, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CASE NO. 3:15-cv-213-**DGW** |
| | ) |
| CBOCS WEST, INC. et. al., | ) |
| **Defendants.** | ) |
| | ) |

## ORDER OF DISMISSAL

**WILKERSON, Magistrate Judge**

The Court having been advised by the counsel for the parties that the above action has been settled;

**IT IS ORDERED** that this action is hereby dismissed without prejudice, without costs and with the right to reopen the action if settlement is not consummated. The dismissal will be with prejudice 60 days after the date of this Order. The Court retains jurisdiction over this matter for purposes of settlement enforcement.

**IT IS SO ORDERED.**

DATED: March 22, 2017

*s/ Donald G. Wilkerson*
**DONALD G. WILKERSON**
**United States Magistrate Judge**